UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATOMA PARTNERS LLC, | MEMORANDUM AND ORDER |
| Plaintiff, | |
| – against – | 14-CV-2529 |
| MB1 Capital Partners, LLC, MB1 BELMAR, LLC, and MB1 MARCY, LLC, | |
| Defendants. | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 1 0 2014 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated orally on the record, defendants' motion to dismiss the complaint and implied motion for judgment on the pleadings are denied. The parties are respectfully referred to the magistrate judge for mediation.

Summary judgment motions will be heard on September 16, 2014. Any disputes related to briefing schedules or discovery are referred to the magistrate judge, who is respectfully requested to expedite discovery.

SO ORDERED.

_____
Jack B. Weinstein
Senior United States District Judge

Dated: June 10, 2014
Brooklyn, New York

